UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT, | No. 2:23-cv-0177 DAD SCR P |
| Plaintiff, | |
| v. | ORDER |
| R. ST. ANDRES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendant Watkins failed to permit him to present evidence at a disciplinary hearing in violation of his right to due process.  On November 8, 2024, defendant filed a motion to opt out of the post-screening ADR project.  Defendant's counsel states that after investigating plaintiff's claim and discussing the case with plaintiff and counsel's supervisor, counsel feels the gap between the parties' valuation of the case is too great and a settlement conference would not be productive at this time.  This court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 28) is granted and the ADR stay of this action is lifted; and

////

////

1

2. Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2