IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE KNIGHT , <br><br>   Plaintiff, <br><br> v. <br><br> ST. ANDRES, et al. , <br><br>   Defendants. | Case No. 2:23-cv-0177 DAD SCR P <br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On December 16, 2024, defendant filed a motion to revoke plaintiff's in forma pauperis status.  Defendant also request an extension of time to file a responsive pleading until thirty days after the court's final ruling on the motion to revoke.

Good cause appearing, IT IS HEREBY ORDERED that defendant's motion for an extension of time (ECF No. 31) is granted.  Defendant's responsive pleading is due thirty days after the court's final ruling on the motion to revoke plaintiff's in forma pauperis status.

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE